UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

ADALBERTO SALAS-SIMON,

        Defendant.

_____/  **INDICTMENT**

The Grand Jury charges:

## Alien Reentry

On or about March 7, 2015, in Kent County, in the Western District of Michigan, Southern Division,

ADALBERTO SALAS-SIMON,

being an alien who had previously been removed, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)

                  A TRUE BILL

                  _Pamela Mitchell_ (signature)
                  _____
                  GRAND JURY FOREPERSON

PATRICK A. MILES, JR.
United States Attorney

_Donald Daniels_ (signature)
_____
DONALD DANIELS
Assistant United States Attorney